MARCH 5, 2013

No. 12A857.  RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. SCHAD.  Application to vacate stay of execution

of sentence of death entered by the United States Court of Appeals for the Ninth Circuit on March 1, 2013, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE SCALIA and JUSTICE ALITO would grant the application to vacate the stay of execution.